UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Data Center Systems, Inc., a
Minnesota corporation,

      Plaintiff,                     Civil No. 06-1695 (RHK/AJB)

vs.                             **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

U.S. Bank National Association,
a National Bank,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 11, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge